IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                               No. CV-14-145 CG/SMV

2012 MAZDA 6I
VIN: 1YVHZ8BH9C5M05771,

        Defendant,

and

CLAUDIA VERONICA ARCINIEGA,

        Claimant.

## FINAL JUDGMENT AND ORDER OF FORFEITURE

**THIS MATTER** is before the Court on the *Settlement Agreement and Release*, (Doc. 8), regarding 2012 Mazda 6I VIN: 1YVHZ8BH9C5M05771 between the United States and Claimant Claudia Veronica Arciniega. The Court has reviewed the agreement and is fully advised in the premises.

**THE COURT HEREBY ORDERS AS FOLLOWS**:

1. All right, title, and interest in Defendant 2012 Mazda 6I VIN: 1YVHZ8BH9C5M05771 is forfeited to the United States and title thereto is vested in the United States.

2. The Defendant Mazda 6I will be sold by the United States Marshals Service or its agents or designees. The proceeds from the sale will be distributed in the following order:

    i) First, all costs, fees and expenses associated with the sale will be paid;

    ii) Second, the United States will distribute 30 percent of the net proceeds of the sale, less any debt owed to the United States, any agency of the United States, or any other debt which the United States is authorized to collect, to Claudia Veronica Arciniega;

    iii) Third, the remaining proceeds from the sale are forfeited to the United States and title thereto is vested in the United States.

3. Each party will bear its own costs and attorney's fees in this case.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE